21986. GOLFLAND, INC. v. THOMAS et al.

DUCKWORTH, Chief Justice. This suit to enjoin further proceedings in a condemnation case in the same court wherein one of the condemnees seeks to draw down sufficient funds to build a new home only creates another issue which must be litigated in the condemnation proceeding, and the court did not err in dismissing the petition on demurrer. *Martin v. Fulton County*, 213 Ga. 761 (101 SE2d 716) ; *Russell v. Venable*, 216 Ga. 137, 143 (4) (115 SE2d 103) ; *Fulton County v. Aronson*,

216 Ga. 497 (117 SE2d 166); *Johnson v. Fulton County*, 216 Ga. 498 (117 SE2d 155); *Reeves v. City of Atlanta*, 216 Ga. 592 (118 SE2d 378); *State Highway Dept. v. McCurdy*, 217 Ga. 731, 733 (124 SE2d 630).

*Judgment affirmed. All the Justices concur, except Mobley, J., who is disqualified.*

ARGUED MARCH 11, 1963—DECIDED MARCH 25, 1963.

*Abe Crosby, Jr., George L. Jackson,* for plaintiff in error.
*John M. Hancock, Jr., Wallace Miller, Jr.,* contra.

*Judgment affirmed. All the Justices concur.*